# Third District Court of Appeal

## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0481
Lower Tribunal No. AHCA 22-FH1885
_____

**A.B.,**
Appellant,

vs.

**State of Florida, Agency for Health Care Administration,**
Appellee.

An Appeal from the State of Florida, Agency for Health Care Administration.

A.B., in proper person.

Eleanor H. Sills, Senior Attorney (Tallahassee), for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See V.T. v. Liberty Dental Plan of Fla., Inc., 338 So. 3d 989, 990 (Fla. 3d DCA 2022) (the failure to raise an issue in the initial brief waives the issue on appeal); K.A. v. Sunshine Health Plan, Inc., 360 So. 3d 1247, 1247 (Fla. 1st DCA 2023) (citing V.T. and affirming hearing officer's final order where appellant's "initial brief fails to identify or argue how the hearing officer committed legal error," thereby "waiving any claim for error"); Doe v. Baptist Primary Care, Inc., 177 So. 3d 669, 673 (Fla. 1st DCA 2015) ("An appellant who presents no argument as to why a trial court's ruling is incorrect on an issue has abandoned the issue").